

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Timothy K. Elkins and Carolyn M.Elkins v. DEB Fall Creek Holdings LLC

Appellate case number:   01-19-00957-CV

Trial court case number:  1143988

Trial court:             County Civil Court at Law No. 3 of Harris County

On December 16, 2019, appellant, Timothy K. Elkins, filed a motion requesting that this Court stay execution of a writ of possession. The County Civil Court at Law No. 3 of Harris County signed the judgment against appellant in the underlying eviction suit on November 21, 2019. The record does not indicate that a supersedeas bond was filed within 10 days of the signed judgment. Accordingly, appellant's motion for a temporary stay must be DENIED. *See* TEX. PROP. CODE § 24.007(a) ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

It is so ORDERED.

Judge's signature: _/s/ Gordon Goodman_____
                              Acting individually

Date:  __December 19, 2019___